**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **SCOTTSDALE INSURANCE COMPANY,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) ) | **CIVIL ACTION FILE NO. 1:22-cv-03217-LMM** |
| **LINCOLN WOOD; NICOLE JENNINGS WADE; JONATHAN D. GRUNBERG; and G. TAYLOR WILSON,** | ) ) ) ) ) | |
| **Defendants.** | ) ) | |

---

**JOINT PRELIMINARY REPORT AND DISCOVERY PLAN**

---

1.  **Description of Case:**

    (a)  **Describe briefly the nature of this action.**

    This is a declaratory judgment action filed by Scottsdale Insurance Company to determine the extent of coverage, if any, owed to its insured Lincoln Wood for claims asserted in lawsuits styled *Nicole Wade, et al. v. L. Lin Wood et al.*, Superior court of Fulton County, Case No. 2020CV339937 and *Nicole Jennings Wade, et al.*

## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed and filed by the parties, the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified:

IT IS SO ORDERED, this ___28th_____ day of __November_____, 2022.

_____
LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE