# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) ) | CIVIL ACTION FILE NO. |
| v. ) ) ) | 1:22-cv-03217-LMM |
| LINCOLN WOOD; NICOLE JENNINGS WADE; JONATHAN D. GRUNBERG; and G. TAYLOR WILSON, ) ) ) ) ) ) | |
| Defendants. ) | |

## NOTICE TO TAKE VIDEOTAPED DEPOSITION OF LINCOLN WOOD

Plaintiff Scottsdale Insurance Company hereby gives notice that it will take the videotaped deposition of Defendant Lincoln Wood on June 9, 2023, beginning at 10:00 a.m., at Freeman Mathis & Gary, LLP, 100 Galleria Parkway, Suite 1600, Atlanta, GA 30339. The deposition will be taken for purposes of cross-examination before a certified court reporter and videographer or other officers duly authorized by law and will continue until its completion. The deposition will be taken for all purposes allowed by the Federal Rules of Civil Procedure and the Federal Rules of Evidence.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Philip W. Savrin*
Philip W. Savrin
Georgia Bar No. 627836
psavrin@fmglaw.com
Lee D. Whatling
Georgia Bar No. 689717
lwhatling@fmglaw.com
*Counsel for Plaintiff*
*Scottsdale Insurance Company*

100 Galleria Parkway, Suite 1600
Atlanta, GA 30339-5948
T: (770) 818-0000
F: (770) 937-9960

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the within and foregoing **NOTICE TO TAKE VIDEOTAPED DEPOSITION OF LINCOLN WOOD** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

| | |
|---|---|
| Ibrahim Reyes | L. Lin Wood, Jr. |
| REYES LAWYERS, P.A. | L. LIN WOOD, P.C. |
| 236 Valencia Avenue | P.O. Box 52584 |
| Coral Gables, FL 33134-5906 | Atlanta, GA 30355-0584 |
| ireyes@reyeslawyers.com | lwood@linwoodlaw.com |

Andrew M. Beal
Milinda Brown
BEAL, SUTHERLAND, BERLIN & BROWN
945 East Paces Ferry Road, N.E.
Suite 2000
Atlanta, GA 30326
drew@beal.law
milinda@beal.law

This 1st day of June, 2023.

FREEMAN MATHIS & GARY, LLP

*/s/ Philip W. Savrin*
Philip W. Savrin
Georgia Bar No. 627836
psavrin@fmglaw.com
*Counsel for Plaintiff*
*Scottsdale Insurance Company*

100 Galleria Parkway, Suite 1600
Atlanta, GA 30339-5948
T: (770) 818-0000
F: (770) 937-9960