IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>LINCOLN WOOD; NICOLE JENNINGS WADE; JONATHAN D. GRUNBERG; and G. TAYLOR WILSON,  )<br>)<br>Defendants.  ) | CIVIL ACTION FILE NO.<br><br>1:22-cv-03217-LMM |

### NOTICE TO TAKE VIDEOTAPED DEPOSITION OF NICOLE JENNINGS WADE

Plaintiff Scottsdale Insurance Company hereby gives notice that it will take the videotaped deposition of Defendant Nicole Jennings Wade on June 8, 2023, beginning at 2 p.m. at Beal, Sutherland, Berlin & Brown, LLC, 945 East Paces Ferry Road, NE, Suite 2000, Atlanta, GA 30326. The deposition will be taken for purposes of cross-examination before a certified court reporter and videographer or other officers duly authorized by law and will continue until its completion. The deposition will be taken for all purposes allowed by the Federal Rules of Civil Procedure and the Federal Rules of Evidence.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Philip W. Savrin*
Philip W. Savrin
Georgia Bar No. 627836
psavrin@fmglaw.com
Lee D. Whatling
Georgia Bar No. 689717
lwhatling@fmglaw.com
*Counsel for Plaintiff*
*Scottsdale Insurance Company*

100 Galleria Parkway, Suite 1600
Atlanta, GA 30339-5948
T: (770) 818-0000
F: (770) 937-9960

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the within and foregoing **NOTICE TO TAKE VIDEOTAPED DEPOSITION OF NICOLE JENNINGS WADE** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

| | |
|---|---|
| Ibrahim Reyes<br>REYES LAWYERS, P.A.<br>236 Valencia Avenue<br>Coral Gables, FL 33134-5906<br>ireyes@reyeslawyers.com | L. Lin Wood, Jr.<br>L. LIN WOOD, P.C.<br>P.O. Box 52584<br>Atlanta, GA 30355-0584<br>lwood@linwoodlaw.com |

Andrew M. Beal
Milinda Brown
BEAL, SUTHERLAND, BERLIN & BROWN
945 East Paces Ferry Road, N.E.
Suite 2000
Atlanta, GA 30326
drew@beal.law
milinda@beal.law

This 1st day of June, 2023.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Philip W. Savrin*
Philip W. Savrin
Georgia Bar No. 627836
psavrin@fmglaw.com
*Counsel for Plaintiff*
*Scottsdale Insurance Company*

100 Galleria Parkway, Suite 1600
Atlanta, GA 30339-5948
T: (770) 818-0000
F: (770) 937-9960